# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JADAEL INC.,**

        **Plaintiff,**

**-vs-**                                               **Case No.  6:05-cv-1623-Orl-22KRS**

**DAVID S. ELLIOTT, ALLISON ELLIOTT,**
**and WALLSTREETTEACHERS.COM,**
**INC.,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF JADAEL INC.'S MOTION FOR EXPEDITED DISCOVERY (EXPEDITED CONSIDERATION REQUESTED) (Doc. No. 17)** |
| **FILED:** | **December 22, 2005** |

It is **ORDERED** that Defendant David S. Elliott shall file and serve his response to the above-captioned motion on or before December 29, 2005.

**DONE** and **ORDERED** in Orlando, Florida on December 23, 2005.

                                          *Karla R. Spaulding*
                                          KARLA R. SPAULDING
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties