**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JADAEL INC.,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:05-cv-1623-Orl-KRS**

**DAVID S. ELLIOTT, ALLISON ELLIOTT,**
**and WALLSTREETTEACHERS.COM,**
**INC.,**

        **Defendants.**

## ORDER AND NOTICE OF HEARING

**TAKE NOTICE** that oral argument on the Motion to Dismiss Counterclaim (doc. no. 116) and Plaintiff Jadael Inc.'s Motion for Voluntary Dismissal of Claim without Prejudice (Doc. No. 121) will be held before the undersigned on **FRIDAY**, **DECEMBER 1, 2006** at **1:30 P.M.** in Courtroom #5, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida. The Court will also conduct a settlement conference, if necessary. Accordingly, the parties and any necessary claims professionals, all of whom must have full settlement authority, must appear at the hearing or be available by telephone. The Court has reserved three hours for the hearing and settlement conference. Counsel for the parties must personally appear at the hearing and settlement conference.

It is further **ORDERED** that no later than two business days before the date of this hearing, the parties shall again confer by telephone or in person in a good faith effort to resolve the issues raised, and also to narrow the contested issues of fact and law that the Court must resolve. Counsel or parties who wish to present documents to the Court in support of their argument shall provide a

copy of each such document to opposing counsel at the good faith conference.[1] To spare the Court unnecessary preparation, counsel who are successful in their efforts to resolve any such matters by agreement shall so advise the Court jointly as soon as possible. This order does not relieve the non-moving party from filing a response to the motion with the time required by Local Rule 3.01(b).

**DONE** and **ORDERED** in Orlando, Florida on November 24, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party

**PLEASE NOTE**: **Photo I.D.** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.

---

[1] To the extent that payment of attorneys' fees and costs underlie the parties' objections to the motions to dismiss, counsel shall bring with them to the hearing time sheets and cost summaries for review by the Court, if requested. While the amounts in dispute shall be discussed during the good faith conference, counsel may, but are not required, to disclose actual fee statements to opposing counsel during the conference.